1  SCOTT N. JOHNSON, ESQ., SBN 166952
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4
   Attorney for Plaintiff Scott N. Johnson
5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  Scott N. Johnson                    )  Case No.: CIV.S 06-cv-02590-MCE-DAD
                                        )
10             Plaintiff,               )
                                        )  **STIPULATED DISMISSAL**
11     vs.                              )  **{FRCP 41 (a)(1)}**
                                        )
12                                      )
                                        )
13 Wendy's International, Inc., Individually and )
                                        )  Complaint Filed: NOVEMBER 17, 2006
14 d/b/a Wendy's #1567748; and DOES 1   )
                                        )
15 through 10, inclusive,               )
                                        )
16                                      )
                                        )
17             Defendants               )
                                        )
18                                      )
                                        )
19                                      )
                                        )
20 _____)

21

22

23
       **IT IS HEREBY STIPULATED** by and between the parties to this action through their
24
   designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP
25
   41 (a)(1).
26

27

28

                                          1
          STIPULATED DISMISSAL     CIV: S-06-cv-02590-MCE-DAD

1 | Dated: August 31, 2007

2 | /s/Ray L. Wong_____

3 | RAY L. WONG,

4 | Attorney for Defendants

5 |

6 | Dated: August 24, 2007                          /s/Scott N. Johnson_____
7 | SCOTT N. JOHNSON
    Plaintiff, In Pro Per

8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |